IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON LAVANCE STEWART,<br>　　　　Plaintiff,<br>v.<br><br>BERKS COUNTY PRISONS WARDEN GEORGE<br>WAGNER, et al.,<br>　　　　Defendants. | :<br>:<br>:   CIVIL ACTION<br>:   NO. 06-3460<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 30th day of January, 2012, upon consideration of the Motions to Dismiss filed by Defendant Prison Warden George Wagner [Doc. No. 10] and Defendant BCP Primary Physician Dr. Mary Beth Jackson [Doc. No. 18], and Plaintiff's Response in Opposition thereto, and for the reasons stated in the Memorandum Opinion filed this day, it is hereby **ORDERED** that the Motions to Dismiss are **GRANTED in part and DENIED in part** as follows:

1. The Motions to Dismiss are **DENIED** as to Plaintiff's medical indifference claims.

2. The Motions to Dismiss are **GRANTED** as to the following, which are hereby **DISMISSED with prejudice**: (1) Plaintiff's claims under the Sixth Amendment to the United States Constitution; (2) Plaintiff's claims under the equal protection clause of the Fourteenth Amendment to the United States Constitution; and (3) Plaintiff's state law negligence claims against Warden Wagner.

3. Plaintiff's state law negligence claims against Dr. Mary Beth Jackson are **DISMISSED without prejudice**; Plaintiff may file a motion to reassert his medical malpractice claims **on or before March 1, 2012,** if Plaintiff attaches to the motion the certificates of merit required by Pa. R. Civ. P. 1042.3; such a motion should include supplemental briefing on the viability of the claims under

the applicable statute of limitations.

4. Defendants are hereby directed to answer the Complaint **on or before March 15, 2012.**

It is so **ORDERED.**

                                           **BY THE COURT:**

                                           **/s/ Cynthia M. Rufe**
                                           _____
                                           **HON. CYNTHIA M. RUFE**