IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES LAVANCE STEWART**<br>　　　**Plaintiff,** | :<br>:<br>: |
| **v.** | :　**CIVIL ACTION NO. 06-3460**<br>: |
| **BERKS COUNTY PRISONS WARDEN**<br>**GEORGE WAGNER,** *et al.*<br>　　　**Defendants.** | :<br>:<br>:<br>: |

# ORDER

　　**AND NOW**, this 28th day of March 2013, upon consideration of Defendants' Motions for Sanctions and Involuntary Dismissal [Doc. Nos. 67, 69, and 71], after a hearing held on March 13, 2013, and for the reasons stated in the Memorandum Opinion entered this date, it is hereby **ORDERED** that the Motions are **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE** as to all Defendants. The Clerk is directed to **CLOSE** the case.

　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**