IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LAVANCE STEWART : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 06-3460 |
| : | |
| BERKS COUNTY PRISONS WARDEN : | |
| GEORGE WAGNER, *et al.* : | |
|     Defendants. : | |
| : | |

# ORDER

**AND NOW**, this 28th day of March 2013, upon consideration of Defendants' Motions for Sanctions and Involuntary Dismissal [Doc. Nos. 67, 69, and 71], after a hearing held on March 13, 2013, and for the reasons stated in the Memorandum Opinion entered this date, it is hereby **ORDERED** that the Motions are **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE** as to all Defendants. The Clerk is directed to **CLOSE** the case.

    It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      /s/ Cynthia M. Rufe

                                                      _____

                                                      **CYNTHIA M. RUFE, J.**